UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARIN "DEKE" K. CLOYD, individually, and DARIN "DEKE" K. CLOYD d/b/a ON THE EDGE ® MEDIA GROUP,<br><br>          Plaintiffs,<br><br>     v.<br><br>AMERICAN ALUMINUM BOATS, INC., a Washington Corporation d/b/a AEROHEAD ALUMINUM BOARDS; SOUTHPAW MARINE & MACHINE, LLC, a Washington Corporation d/b/a SOUTHPAW BOATWORKS; TRAVIS B. BRANDT and JANE DOE BRANDT individually and as a marital community; EARL F. WEENER and JANE DOE WEENER, individually and as a marital community; JOHN DOES AND/OR JANE DOES,<br><br>          Defendants. | NO. CV-07-212-EFS<br><br>**ORDER ENTERING COURT'S ORAL RULINGS FROM APRIL 1, 2008, TELEPHONIC STATUS CONFERENCE** |

On April 1, 2008, the Court held a telephonic status conference in the above-captioned matter. Connie L. Powell appeared on behalf of Plaintiffs Darin K. Cloyd and On the Edge ® Media Group; Defendant Travis Brandt appeared *pro se.* At the status conference, Plaintiffs informed

ORDER ~ 1

the Court that they wished to dismiss the case without prejudice under Federal Rule of Civil Procedure 41(a)(2).  No counterclaims have been filed.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Complaint **(Ct. Rec. 1)** is **DISMISSED without prejudice** and **without costs** or fees awarded to any party;

2. All pending trial and hearing dates are stricken;

3. All pending motions are denied as moot; and

4. This file shall be closed.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and to provide copies to all counsel.

**DATED** this 1st     day of April 2008.


                                     S/ Edward F. Shea
                                     EDWARD F. SHEA
                       United States District Judge

Q:\Civil\2007\212.SC.Rulings.2.wpd

ORDER ~ 2